Kelli K. Williams, (022907)
LAW OFFICE OF KELLI K. WILLIAMS
4150 N. Drinkwater Blvd., Suite 105
Scottsdale, Arizona 85251
Telephone: (602) 956-0855
Facsimile:  (877) 308-5462
Kelli.Williams@cna.com
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sevaste Palaistis,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Nicholas Meyer, D.D.S. and Nancy Meyer, a married couple; Millennium Dental Associates, P.C., an Arizona Corporation; Does I-X, individuals and entities,<br><br>　　　　　　　Defendants. | **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441(b) and 1332(a)(1), Defendants Nicholas Meyer, D.D.S., Nancy Meyer, and Millennium Dental Associates, P.C. ("Defendants"), by and through undersigned counsel, hereby remove the above-captioned action from the Superior Court of the State of Arizona in and for the County of Maricopa, in which it is currently pending, to the United States District Court for the District of Arizona. Removal is proper for the following reasons:

1.　The action was filed in the Superior Court of the State of Arizona in and for the County of Maricopa via Amended Complaint on June 19, 2017.

///

**Diversity**

2. Defendant is informed and believes that Plaintiff Sevaste Palaistis is a resident of New York.

3. Defendants Nicholas Meyer, D.D.S. and Nancy Meyer are residents of the state of Arizona.

4. Defendant Millennium Dental Associates, P.C. is incorporated and has its principal place of business in Arizona. Thus, Defendant Millennium Dental Associates, P.C. is a citizen of Arizona.

5. Originally, the state court action was filed in Maricopa County Superior Court (No. CV2017-003627).

**Amount in Controversy**

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), and is properly removed to this Court pursuant to 28 U.S.C. $ 1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

**Timeliness of Notice**

7. The Amended Complaint in this action was filed on June 19, 2017, attached as Exhibit "1" to this Notice.

8. The Defendants were served with the Amended Summons and Complaint on June 26, 2017. Thus, this notice is timely filed pursuant to 28 U.S.C. §1441(b)(1).

9. Written notification of the filing of this notice will be served on Plaintiff and filed with the Clerk of the Maricopa County Superior Court as required by 28 U.S.C. § 1446(d).

10. Undersigned counsel verifies that true and correct copies of all pleadings and other documents that were previously filed in the state court proceeding are attached to this Notice of Removal as Exhibit "1."

WHEREFORE, Defendant respectfully requests that the action now pending against it in the Superior Court of the State of Arizona in and for the County of Maricopa be removed to this Court and that further proceedings in this action be conducted in this court as provided by law.

RESPECTFULLY SUBMITTED this 24th day of July, 2017.

LAW OFFICE OF KELLI K. WILLIAMS

By  *s/ Kelli K. Williams*
Kelli K. Williams
4150 N. Drinkwater Blvd., Suite 105
Scottsdale, Arizona 85251
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Richard Sheinson, Esq.
LAW OFFICES OF RICHARD SHEINSON, P.C.
17470 North Pacesetter Way
Scottsdale, AZ 85255
rsheinson@sheinsonlaw.com
*Attorney for Plaintiff*


*s/ Kelli K. Williams*